PROB 35
(Rev. 4/81)

Report and Order Terminating Probation/
Supervised Release Prior to Original Expiration Date

# United States District Court

## For The

## District of New Jersey

UNITED STATES OF AMERICA

v.

Crim. No. 01-00363-001

PETER L. IRANI

On March 21, 2002, the above-named was sentence on a Violation of Probation and sentenced to 10 months imprisonment and placed on supervised release for a period of three (3) years. The probationer's supervision term was to expire on January 14, 2006. However, based upon materials obtained substantiating probationer's death, it is accordingly recommended that the probationer's case be dismissed based upon his death. It is further ordered that any and all warrants be vacated as well as the records of the Clerk's Office be adjusted accordingly.

Respectfully submitted,

United States Probation Officer
James L. Winkler

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer be discharged from probation and that the proceedings in the case be terminated.

Dated this _2d_ day of _May_, 20_05_.

United States District Judge